AUSA: Adriana Dydell Telephone: (313) 226-9125

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture Special Agent: Bryan Drake Telephone: (414) 397-1264

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/Michael Williams
Deputy

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All funds on deposit in JP Morgan Chase Bank Account #215000577068 as further described on Attachment A

Case: 2:20-mc-50912
Judge: Michelson, Laurie J.
Filed: 08-04-2020 At 01:36 PM
Case No. IN RE: SEALED MATTER(SW)(MLW)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Eastern District of Michigan be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds on deposit in JP Morgan Chase Bank Account #215000577068 as further described on Attachment A with permission to serve the warrant electronically followed by original service, which may be waived by JP Morgan Chase Bank.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before August 17, 2020
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duty .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ______ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of ______________ .

Date and time issued: August 4, 2020 10:14 am

*Judge's signature*

City and state: Detroit, MI

Anthony P. Patti U. S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

All funds on deposit in JP Morgan Chase Bank Account #215000577068 up to and including $1,263,478.18 with permission to serve the warrant electronically followed by original service, which may be waived by JP Morgan Chase Bank to limit physical contact due to the COVID-19 pandemic.

**The financial institution upon which this seizure warrant has been served is instructed to provide federal agents authorized to seize the funds with the current balance in each account upon service of the seizure warrant and at the request of the federal agents authorized to seize the funds.**

Also, in person at 9:35AM with Maria Boduch

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and ~~inventory~~ left with: |
|---|---|---|
| 2:20-mc-50912 | 8/5/20; 8:37Am | Chase Court order Processing - Facsimile (210) 787-5959 |

Inventory made in the presence of:

N/A

Inventory of the property taken:

- The funds were not disbursed at the time of seizure, so no inventory was left.
- On or about 8/10/20, Chase Bank provided cashier's check no. 455668 2238 for $194,546.74 to the FBI.

And nothing else.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-20-2020

BP ~~Executing officer's~~ Investigating Agent's signature

Bryan Dwyle FBI SA

Printed name and title